**CLOSED**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ALTON D. BROWN, | Hon. Renée Marie Bumb |
| Plaintiff, | Civil No. 10-3458 (RMB) |
| v. | |
| | **ORDER** |
| R. LYONS, et al., | |
| Defendants. | |

For the reasons expressed in the Memorandum Opinion accompanying this Order,

IT IS on this **1st** day of **February 2011**,

**ORDERED** that Plaintiff's application to proceed in forma pauperis is **DENIED** pursuant to 28 U.S.C. § 1915(g); and it is further

**ORDERED** that the Clerk shall serve this Order and the accompanying Memorandum Opinion upon Plaintiff by regular mail, and shall administratively terminate the file; and it is finally

**ORDERED** that, if Plaintiff prepays the $350.00 filing fee within 14 days of the date of the entry of this Order, then this Court will reopen the file and screen the Amended Complaint for sua sponte dismissal.

s/Renée Marie Bumb
**RENÉE MARIE BUMB**
**United States District Judge**