```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| ALTON D. BROWN, | : | CIVIL ACTION |
| | : | NO. 10-3458 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| R. LYONS, et al., | : | |
| | : | |
| Defendants. | : | |

### <u>O R D E R</u>

**AND NOW**, this **16th** day of **October, 2013**, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** as follows:

(1) The Order entered February 14, 2013 (ECF No. 17) granting Plaintiff's application to proceed <u>in forma pauperis</u> ("IFP") is **MODIFIED** to grant IFP status only as to those claims in the Second Amended Complaint (ECF No. 20) that allege a threat of imminent danger of serious physical injury, as described in the accompanying memorandum.  IFP status is **DENIED** as to all other claims.  Accordingly, Plaintiff's claims that fail to allege a threat of imminent danger are **DISMISSED without prejudice** due to Plaintiff's failure to pay the appropriate filing fee.

(2) Plaintiff's remaining claims are **DISMISSED with prejudice** pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A.

(3) Plaintiff's requests for orders requiring service of the Second Amended Complaint (ECF Nos. 20, 22) are **DENIED as moot.**

(4) Plaintiff's motions for a temporary restraining order and preliminary injunction (ECF Nos. 5, 21, 24) are **DENIED as moot.**

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,      J.**